JUDGE KENNELLY
MAGISTRATE JUDGE GILBERT

LA    1:21-CV-05251

FILED
10/4/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Christie Van, et al., | ) | |
| | ) | Case No: 14 C 8708 |
| | ) | |
| v. | ) | Judge: Martha M. Pacold |
| | ) | |
| Ford Motor Company | ) | |

### ORDER

Telephonic status hearing held on 10/4/2021. Jean M. Kamp's motion to withdraw her appearance as settlement assistance program counsel on behalf of Plaintiff Bernadette Clyburn [656] is granted. Ms. Clyburn and Ford have exhausted settlement negotiations. Ms. Clyburn's claims are severed from this lawsuit. The Clerk of Court is directed to open a separate lawsuit for plaintiff Bernadette Clyburn, assign a new case number, and assign the case randomly pursuant to established procedures. The filing fee shall be waived. The Clerk of Court is directed to send a copy of this order to Ms. Clyburn at her last known address of 5278 Platinum Drive, Lowell, IN 46356, and add this information to the docket along with plaintiff's phone number 219-680-6105.   The Clerk of Court is also directed to send a copy of this order to Jean Kamp.   If Ms. Kamp or Ford have a different mailing address for Ms. Clyburn other than the one listed above, then counsel is directed to forward a copy of this order to that address as well, and file a certificate of service on the docket.

(T: 0:30)

Date: October 4, 2021                                        /s/ Martha M. Pacold