IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BERNADETTE CLYBURN,** <br><br> **Plaintiff,** <br><br> v. <br><br> **FORD MOTOR COMPANY,** <br><br> **Defendant.** | Case No. 1:21-cv-05251 <br><br><br> Honorable Matthew F. Kennelly <br> Honorable Jeffrey T. Gilbert |

### DEFENDANT FORD MOTOR COMPANY'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT AND REQUEST FOR A STATUS CONFERENCE

Defendant Ford Motor Company respectfully moves this Court to strike *pro se* Plaintiff Bernadette Clyburn's complaint (Dkt. 2), and to schedule a status conference to discuss Plaintiff Clyburn's orderly filing of an individual complaint. The complaint that Plaintiff Clyburn has filed to initiate this action is a verbatim copy of the original complaint in a different case pending before another judge of this Court. *See Van et al. v. Ford Motor Co.*, No. 14-cv-8708 (N.D. Ill.) ("*Van*") (Pacold, J.). Because the allegations in that complaint do not even *mention* Ms. Clyburn by name, because the complaint does not even include Ms. Clyburn as a plaintiff in the case caption, and because the complaint includes class allegations where class certification has already been denied (twice), this Court should strike the complaint and set a status conference to govern further proceedings. Ford, of course, has no objections to Ms. Clyburn filing a complaint, but it should not be this one, which is simply not applicable or informative as to Ms. Clyburn.

1. The *Van* case was first filed by four Named Plaintiffs—not including Ms. Clyburn—on November 3, 2014. *See Van* Dkt. 5. Ms. Clyburn became a Named Plaintiff in *Van* on May 1, 2015. *See Van* Dkt. 29. The current, operative complaint in *Van* is the 194-page Second Amended Complaint ("SAC"), which was filed on April 19, 2016. *See Van* Dkt. 59. The SAC asserts claims on behalf of various *Van* Plaintiffs, not just Ms. Clyburn, and is drafted as a putative class action complaint.

2. After the Court denied the *Van* Plaintiffs' second motion for class certification, *Van* Dkt. 418, Ms. Clyburn terminated her relationship with her original counsel, *Van* Dkt. 594, and was assigned settlement counsel through the Court's Settlement Assistance Program ("SAP"), *Van* Dkt. 600.

3. Magistrate Judge Cummings supervised a settlement conference between Ford, Ms. Clyburn, and her SAP counsel on September 8, 2021, *Van* Dkt. 653, but the parties were unable to reach a settlement.

4. On October 4, 2021, Judge Pacold entered an order, severing Clyburn's individual claims against Ford from those of the other Plaintiffs in *Van*. *Van* Dkt. 658. Ms. Clyburn's case was subsequently reassigned to this Court. Dkt. 1.

5. On October 7, 2021, Clyburn filed, unprompted by Court order, a complaint in this case. Dkt. 2.

6. Clyburn's complaint is a verbatim copy of the *original* putative class action complaint in *Van*. *See Van* Dkt. 5. Again, that complaint was filed on behalf of four Named Plaintiffs—not Ms. Clyburn—and nowhere does the Complaint even mention Ms. Clyburn.

7. In light of the foregoing, Ford respectfully requests that the Court schedule a status conference and set a schedule for Ms. Clyburn to file an individual complaint that sets forth her

1

claims against Ford.

8. In the *Van* SAC, Clyburn asserted claims against Ford for (1) sexual harassment in violation of Title VII; (2) sex discrimination in violation of Title VII; (3) race discrimination in violation of 42 U.S.C. § 1981 ("Section 1981"); (4) retaliation under Title VII and Section 1981; (5) common law assault; and (6) intentional infliction of emotion distress (previously dismissed by the Court and preserved for appeal purposes only).

9. In the meantime, the Court should strike Clyburn's complaint because it does not contain *any* references to Ms. Clyburn, and is replete with putative class allegations that are irrelevant to Clyburn's individual claims (and have been rendered moot through the twice-denial of class certification in *Van*). Under Federal Rule of Civil Procedure 12(f), "the court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Motions to strike are appropriately "used to expedite a case by remov[ing] unnecessary clutter," *Top Tobacco, L.P. v. Good Times USA, LLC*, No. 14-CV-8978, 2017 WL 395698, at *2 (N.D. Ill. Jan. 30, 2017) (citation and quotation marks omitted), or "remove irrelevant issues from consideration," *NewNet Commc'n Techs., LLC v. VI E-Cell Tropical Telecom, Ltd.*, 2015 WL 1520375, at *3 (N.D. Ill. Mar. 30, 2015), that "unnecessarily muddle the present proceedings," *Braun v. CDW LLC*, 2013 WL 1499031, at *3 (N.D. Ill. Apr. 10, 2013) (striking *pro se* complaint in its entirety and granting leave to amend).

10. For the foregoing reasons, Ford respectfully requests the Court strike the complaint and schedule a status conference to set a deadline by which Ms. Clyburn must file a complaint setting forth her own individual claims against Ford.

DATED: October 21, 2021

    Respectfully submitted,

    /s/ Katherine V.A. Smith
    Katherine V.A. Smith (admitted *pro hac vice*)
    Molly T. Senger (admitted *pro hac vice*)
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    Telephone: 202.955.8500
    Facsimile: 202.467.0539
    ksmith@gibsondunn.com
    msenger@gibsondunn.com

    Kathleen M. Nemechek N.D. Ill. No. 50139
    BERKOWITZ OLIVER LLP
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone: 816.561.7007
    Facsimile: 816.561.1888
    knemechek@berkowitzoliver.com

    Derek Barella
    SCHIFF HARDIN LLP
    233 South Wacker Drive, Suite 7100
    Chicago, IL 60606
    Telephone: 312.258.5500
    Facsimile: 312.258.5600
    dbarella@schiffhardin.com

    *Counsel for Ford Motor Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I further certify that on this same date, a true and correct copy of the foregoing *Motion to Strike Plaintiff's Complaint and Request for a Status Conference* has been sent by third party commercial carrier for overnight delivery and properly addressed to the name and address listed below:

Bernadette Clyburn
5278 Platinum Drive
Lowell, IN 46356
219-680-6105


/s/ Katherine V.A. Smith
*Counsel for Ford Motor Company*