# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Bernadette Clyburn

                         Plaintiff,

v.                                                      Case No.: 1:21−cv−05251
                                                     Honorable Matthew F. Kennelly

Ford Motor Company

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's motion to strike plaintiff's complaint is entered and continued generally. Defendant's motion for a status conference is granted [3]. The case is set for a telephonic status hearing on 11/8/2021 at 9:15 AM. The following call−in number will be used for the hearing: 888−684−8852 conference code 746−1053. The following persons must call in for the status hearing: plaintiff Bernadette Clyburn and counsel for defendant Ford Motor Co. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.