# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Bernadette Clyburn

                          Plaintiff,

v.                                         Case No.: 1:21−cv−05251
                                                        Honorable Matthew F. Kennelly

Ford Motor Company

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 8, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 11/8/2021. Plaintiff has leave to file an amended complaint by 11/22/2021. The deadline supplement Rule 26(a)(1) disclosures, if necessary, is set for 12/6/2021. The parties are to confer regarding a discovery and pretrial schedule. A joint status report with the proposed schedule is due 12/15/2021. A telephonic status hearing is set for 12/21/2021 at 9:00 a.m. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.