## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Bernadette Clyburn
                      Plaintiff,

v.                                                   Case No.: 1:21−cv−05251
                                                        Honorable Matthew F. Kennelly

Ford Motor Company
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 3/1/2022. Plaintiff's counsel did not appear for the hearing. Defendant's counsel provided an update on discovery. A telephonic status hearing is set for 5/4/2022 at 9:10 a.m. The following call−in number will be used: 888−684−8852; access code 746−1053. By no later than 4/27/2022, the parties are directed to file a joint status report providing details progress discovery. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.